ERIC D. HOUSER (SBN 130079)
STEVE W. PORNBIDA (SBN 248359)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California  90806
Phone: (562) 256-1675
Fax: (562) 256-1685
Email: spornbida@houser-law.com

Attorneys for Defendants, OCWEN LOAN SERVICING, LLC; THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2003-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-6 (erroneously named as The Bank of New York Mellon Trust Company, N.A.); and WESTERN PROGRESSIVE TRUSTEE, LLC dba WESTERN PROGRESSIVE, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY L. COCHRAN,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., WESTERN PROGRESSIVE, LLC, OCWEN LOAN SERVICING, LLC, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1-100, INCLUSIVE,<br><br>     Defendants. | Case No.: 2:15-CV-03209-GHK (JCx)<br>Hon. George H. King<br><br>**DEFENDANTS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS**<br><br>**Date:**      **July 27, 2015**<br>**Time:**     **9:30 a.m**<br>**Ctrm:**     **650** |

**TO THE COURT, ALL PARTIES, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that as set forth above in the above referenced Court, defendants, OCWEN LOAN SERVICING, LLC; THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2003-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-6 (erroneously named as The Bank of New York Mellon Trust Company, N.A.); and WESTERN PROGRESSIVE TRUSTEE, LLC dba WESTERN PROGRESSIVE, LLC hereby submit the following Request for Judicial Notice pursuant to Federal Rule of Evidence 201 in support of its Motion to Dismiss, generally and specially, to the Complaint filed by plaintiff MELODLY L. COCHRAN.  These documents are either matters of public record, records of the Court, are referenced in the Complaint, and/or central to or directly refute the claims raised by Plaintiff.

Under Federal Rule of Evidence 201(d), "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Rule 201 further provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is…(2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

Documents that are included in the public records satisfy this standard and are appropriate for judicial notice, including "records and reports of administrative bodies."  *Wible v. Aetna Life Ins. Co*., 375 F.Supp.2d 956, 965 (C.D. Cal. 2005).  Further, courts routinely take judicial notice of publicly-recorded notices of default.  *Maguca v. Aurora Loan Servs.*, 2009WL3467750, at *2, (C.D. Cal. 2009); *Rosenfeld v. JPMorgan Chase Bank, N.A*., 2010 WL 3155808, at *3 (N.D. Cal. 2010).

**Exhibit 1**:   A true and correct copy of the Deed of Trust recorded October 21, 2003, the with the Los Angeles County Recorder's Office as Document No. 03 3136096.

**Exhibit 2**:   A true and correct copy of the Los Angeles Superior Court Docket for Case No. BC358936 as obtained from http://www.lacourt.org.

**Exhibit 3**:   A true and correct copy of the Judgment entered by Hon. Ronald M. Treu on December 7, 2011 in the Los Angeles Superior Court Case No. BC358936.

**Exhibit 4**:   A true and correct copy of the Assignment of Deed of Trust recorded May 8, 2012, the with the Los Angeles County Recorder's Office as Document No. 20120687356.

**Exhibit 5**:   A true and correct copy of the Substitution of Trustee recorded July 16, 2014, the with the Los Angeles County Recorder's Office as Document No. 20140734250.

**Exhibit 6**:   A true and correct copy of the Notice of Default recorded September 10, 2014, the with the Los Angeles County Recorder's Office as Document No. 20140957835.


DATED:  June 15, 2015                    HOUSER & ALLISON, APC


                                         /s/  *Steve W. Pornbida*

                                         Steve W. Pornbida, Esq.,
                                         Attorneys for Defendants,
                                         OCWEN LOAN SERVICING, LLC; THE
                                         BANK OF NEW YORK MELLON, AS
                                         SUCCESSOR TO JPMORGAN CHASE
                                         BANK, AS TRUSTEE FOR MASTR
                                         ADJUSTABLE RATE MORTGAGES
                                         TRUST 2003-6 MORTGAGE PASS-
                                         THROUGH CERTIFICATES, SERIES
                                         2003-6; and WESTERN PROGRESSIVE
                                         TRUSTEE, LLC dba WESTERN
                                         PROGRESSIVE, LLC

## DECLARATION OF STEVE W. PORNBIDA

I, Steve W. Pornbida, declare as follows:

1.     I am an attorney at law licensed to practice before this Court.  I am an attorney at the law firm of Houser & Allison, A Professional Corporation, counsel of record for Defendants OCWEN LOAN SERVICING, LLC; THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2003-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-6 (erroneously named as The Bank of New York Mellon Trust Company, N.A.); and WESTERN PROGRESSIVE TRUSTEE, LLC dba WESTERN PROGRESSIVE, LLC. I have personal knowledge of the facts set forth herein unless stated otherwise.  If called as a witness, I could and would competently testify thereto.

2.     Attached to this Request for Judicial Notice as **Exhibits 1-6** are true and correct copies of documents for the real property located at 1526 North Ave 50, Los Angeles CA 90042.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on this 15th day of June, 2015 at Long Beach, California.

/s/  *Steve W. Pornbida*
Steve W. Pornbida