E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3209 GHK (JCx) | Date | July 23, 2015 |
|---|---|---|---|
| Title | Melody L. Cochran vs. The Bank of New York Mellon Trust Company, et al. | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| A. Bridges | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:** **(IN CHAMBERS) ORDER**

On the Court's own motion, the motion to dismiss [document #9], noticed for hearing on July 27, 2015 at 9:30 a.m., is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date pursuant to Local Rule 7-15. No appearance by counsel shall be necessary. The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | AB for Bea | |