JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

7/29/15

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Melody L. Cochran*, | CASE NO. CV 15-3209-GHK (JCx) |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| *The Bank of New York Mellon Trust Company N.A., et al.,* | |
| **Defendants.** | |

Pursuant to the Court's July 29, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 29, 2015

_____
GEORGE H. KING
Chief United States District Judge